**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
PECK, *et al.*,

                      Plaintiff,

            -against-

GREENBERG, *et al.*,

                   Defendant.
----------------------------------------------------------------X

                           **ORDER**

                        **23-CV-5717 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Because the letter motions at Dkt. Nos. 84, 86, 90, 93, 97, 106, and 107 have already been resolved in related case 23-cv-4143, the Court respectfully requests the Clerk of Court to close those docket entries.

SO ORDERED.

DATED:    New York, New York
             April 2, 2026

                             *Jennifer E. Willis*
                             JENNIFER E. WILLIS
                             United States Magistrate Judge