UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PECK et al.,

Plaintiffs,

-v.-

GREENBERG et al.,

Defendants.

23 Civ. 5717 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Because the letter motion at ECF No. 92 has already been resolved in related case *Loans on Fine Art LLC v. Peck et al.*, No. 23 Civ. 4143 (*see* ECF No. 252 closing ECF No. 192), the Clerk of Court is directed to close ECF No. 92 in this case.

SO ORDERED.

Dated: September 28, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge